UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff, | § | |
| VS. | § | CASE NO.:   3:14-CR-048-B |
| | § | |
| AUDREY HUMPHREY, | § | |
|     Defendant. | § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE
### CONCERNING PLEA OF GUILTY

After reviewing all relevant matters of record, including the Notice Regarding Entry of a

Plea of Guilty, the Consent of the defendant, and the Report and Recommendation Concerning

Plea of Guilty of the United States Magistrate Judge, and no objections thereto having been filed

within fourteen days of service in accordance with 28 U.S.C. § 636(b)(1), the undersigned District

Judge is of the opinion that the Report and Recommendation of the Magistrate Judge concerning

the Plea of Guilty is correct, and it is hereby accepted by the Court.  Accordingly, the Court

accepts the plea of guilty, and Defendant is hereby adjudged guilty.  Sentence will be imposed in

accordance with the Court's scheduling order.

SIGNED: June 10,  2014

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE